ROSEMARY A. HUGHES *v.* JOSEPH LAMAY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 378 (AC 25240), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko,* in support of the petition.

*Edward W. Gasser,* in opposition.

Decided September 20, 2005

STATE OF CONNECTICUT *v.* JUAN A. COLON

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 903 (AC 25389), is denied.

*Mark Diamond,* special public defender, in support of the petition.

*Melissa Streeto Brechlin,* assistant state's attorney, in opposition.

Decided September 20, 2005

STATE OF CONNECTICUT *v.* JAVIER SANTANA

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 553 (AC 25453), is denied.